IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| KENNETH D. BELL, | |
|---|---|
| Plaintiff, | |
| vs. | Civ. No. 3:15-cv-196 |
| SUZANNA DREYER, | |
| Defendants. | |

## ORDER VACATING JUDGMENT AGAINST SUZANNA DREYER

Defendant Suzanna Dreyer has moved to vacate the Judgment entered against her on October 21, 2015. (Dkt. 6). The Receiver does not oppose the motion. Accordingly, for the reasons stated in the motion, the Court orders that the Judgment entered against Defendant Dreyer is hereby vacated and this action shall be placed on the active docket. By agreement between counsel, Defendant Dreyer's counsel shall accept service of process on her behalf, and she shall have 30 days from the entry of this Order to respond to the Complaint.

Signed: April 7, 2016

Graham C. Mullen
United States District Judge

1