# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **KENNETH D. BELL,** in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, | ) ) ) ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 3:15-cv-196 |
| vs. | ) ) |  |
| **SUZANNA DREYER,** | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before the Court upon the Receiver's Motion for Summary Judgment and is now ripe for consideration. The Defendant, who is represented by counsel, did not file a response. Instead, she emailed the Court and the Receiver a letter in which she describes the hardship she would suffer if forced to pay back net winnings. Defendant's letter does not address the merits of the summary judgment motion, but appears to be more of an attempt to negotiate with the Receiver with regard to collection of the judgment.

For the reasons previously fully described by this Court in granting Summary Judgment for the Receiver in *Bell v. Disner, et al.,* 3:14cv00091 (Doc. No. 142,

November 29, 2016) and based on the undisputed facts related to Suzanna Dreyer's net winnings from the ZeekRewards scheme,

IT IS HEREBY ORDERED that the Receiver's Motion for Summary Judgment is GRANTED.

Signed: February 8, 2017

Graham C. Mullen
United States District Judge